# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00171-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CARLOS RASCON-ANCHONDA,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that as a result of Defendant's Notice of Disposition filed April 27, 2010 (Doc 12), a change of plea hearing regarding Defendant Rascon-Anchonda is set **Wednesday, May 19, 2010 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: April 29, 2010