IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00171-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. CARLOS RASCON-ANCHONDO,

  Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

 This will confirm that the sentencing hearing regarding Defendant Rascon-Anchonda is set **Wednesday, August 18, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: June 8, 2010